CLOSED

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Antonio Contreras-Quinones

Citizen of Mexico

USM#: ~~73532208~~ *68073-098*   DOB: 1951

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10828-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A24 721 221

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/10/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10828-001M-SD**
USA vs. Antonio Contreras-Quinones

Page 2 of 2

Date of Imposition of Sentence: **Monday, December 10, 2007**

_____    Date 12/10/2007
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on 4-2-08 to FCI, Sheridan at Sheridan, Oregon, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

J.E. Thomas, Warden                          By: Nbree K Potter, LTE
United States Marshal                             Deputy Marshal
07-10828-001M-SD -

CERTIFIED TO BE A TRUE COPY
DATED: 12/10/07

RICHARD H. WEARE, CLERK
U. S. DISTRICT COURT

BY _____
            DEPUTY CLERK